UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUTH ANDERSON, | CASE NO. C25-5468-KKE |
| Plaintiff(s), | ORDER TO SHOW CAUSE |
| v. | |
| TOM SCOTT, et al., | |
| Defendant(s). | |

On May 29, 2025, the Court informed Plaintiff that her application to proceed *in forma pauperis* ("IFP") was incomplete, and mailed her another application form to complete no later than June 30, 2025. Dkt. No. 3. Plaintiff failed to submit a completed IFP application by that deadline.

The Court now ORDERS Plaintiff to SHOW CAUSE why this case should not be dismissed for failure to comply with a court order and/or for failure to prosecute, no later than July 31, 2025. Plaintiff may either respond to this order or file a complete IFP application. But if Plaintiff does neither before July 31, 2025, the Court will dismiss this action without prejudice.

Dated this 9th day of July, 2025.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1