UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUTH ANDERSON, | CASE NO. C25-5468-KKE |
| Plaintiff(s), | ORDER DISMISSING CASE |
| v. | |
| TOM SCOTT, et al., | |
| Defendant(s). | |

The Court previously instructed Plaintiff to show cause why her case should not be dismissed without prejudice for failure to correct a deficiency in her application to proceed *in forma pauperis*. Dkt. No. 4. Plaintiff did not respond by the deadline or otherwise cure the deficiency in her application, and the Court now DISMISSES this action without prejudice for failure to comply with a court order and/or for failure to prosecute. The clerk is directed to administratively close this case.

Dated this 4th day of September, 2025.

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CASE - 1